**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01360-CR
No. 05-12-01361-CR
No. 05-12-01362-CR

**MARQUISHA ANTIONETTE FRAZIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-25636-L, F11-17550-L, F11-39844-L**

## ORDER

These cases were inadvertently set for submission prior to the conclusion of the briefing deadlines. The Court **DIRECTS** the Clerk of the Court to remove these cases from submission on March 28, 2013.

The Court **GRANTS** the State's March 19, 2013 motion for extension of time for filing the State's brief.

We **ORDER** the State to file its brief within **THIRTY DAYS** of the date of this order.

/s/    MARY MURPHY
        JUSTICE